FILED
03 MAR 31 PM 2:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| JOE EDWARD ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 02-J-3054-J |
| | ) | |
| JUDGE JAMES C. BROTHERTON, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
MAR 3 1 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 27, 2003, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

An appropriate order will be entered.

DATED this  31  day of  March , 2003.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

